UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SINGH,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | Case No. 15-cv-01668-JST<br><br>**ORDER APPROVING NOTICE OF CHANGE IN COUNSEL**<br><br>Re: ECF No. 16 |

On May 8, 2015, Plaintiff filed a Notice of Substitution of Counsel. ECF No. 16. In the Notice, Plaintiff informed the Court that attorney Adam Gruen would no longer represent him in this matter, and that Plaintiff would continue to litigate this action *pro se*. Id.

Civil Local Rule 11-5(a) provides, in relevant part, that "[c]ounsel may not withdraw from an action until relieved by order of Court . . . ." Plaintiff's Notice of Substitution of Counsel otherwise complies with Civil Local Rule 11-5.

Accordingly, the Court hereby approves Plaintiff's substitution of counsel. Attorney Adam Gruen no longer represents Plaintiff in this action.

IT IS SO ORDERED.

Dated: May 12, 2015

_____
JON S. TIGAR
United States District Judge