UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 15-cv-01668-JST<br><br>**ORDER STRIKING PLAINTIFF'S THIRD OPPOSTION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Re: ECF No. 20 |

On April 20, 2015, Defendant filed a Motion to Dismiss Plaintiff's Complaint, ECF No. 10. On May 4, 2015, both Plaintiff and his former attorney filed separate oppositions to the Motion. See ECF Nos. 13, 14. Defendant filed a reply in support of its Motion to Dismiss on May 11, 2015. See ECF No. 17. In that reply, Defendant responded to both oppositions filed on Plaintiff's behalf. See id. On May 20, 2015, Plaintiff filed a third opposition to Defendant's Motion. See ECF No. 20.

Because the Local Rules contemplate that a party opposing a motion will file only one opposition, the Court hereby strikes Plaintiff's third opposition to Defendant's Motion to Dismiss. See, e.g., Civ. L.R. 7-3(a) ("Any opposition to a motion may include . . . *a* brief or memorandum under Civil L.R. 7-4.") (emphasis added). The Court will not consider this opposition in ruling on

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  the pending Motion to Dismiss.  Because Defendant did not object to and responded to both

2  oppositions filed on May 4, 2015, the Court will allow both to stand.  Plaintiff is directed not to

3  file further materials concerning the Motion to Dismiss without obtaining leave of court.

4      IT IS SO ORDERED.

5  Dated:  May 22, 2015

_____
JON S. TIGAR
United States District Judge