UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES SINGH,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

Case No. 15-cv-01668-JST

**ORDER VACATING HEARING**

Re: ECF No. 10

Before the Court is Defendant's Motion to Dismiss the Complaint. ECF No. 10. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for June 18, 2015, is hereby VACATED.

IT IS SO ORDERED.

Dated: June 1, 2015

                        JON S. TIGAR
                        United States District Judge